



EXHIBIT 1