## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**
UNITED STATES OF AMERICA
ATTORNEY GENERAL OF THE U.S.
U.S. DEPT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530-0001

9590 9402 8734 3310 9987 95

**2. Article Number** (Transfer from service label)
9589 0710 5270 0854 8882 57

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature:** X Evie Sassok — ☐ Agent ☐ Addressee

**B. Received by (Printed Name):** OCT 03 2025  **C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes ☐ No

INSPECTED 25

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 8734 3310 9987 95

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•
EHRHARDT ELSNER & COOLEY
215 FIDALGO AVE., STE 201
KENAI AK 99611

EXHIBIT 2